OPINION — AG — (ALTHOUGH WE REALIZE THAT UNDER ARTICLE V, SECTION 36 OKLAHOMA CONSTITUTION THERE MAY BE SOME DOUBT IN THE PREMISES) THAT THE OKLAHOMA LEGISLATURE IS WITHOUT AUTHORITY TO ENACT A LAW AS IS INVOLVED THERE, AUTHORIZING CITIES AND TOWNS OF THE STATE TO PROVIDE BY ORDINANCE FOR A PENSION FUND AND SYSTEM AS IS CONTEMPLATED BY SECT. 1 OF SENATE BILL NO. 240 CITE: 11 O.S.H. 642, ARTICLE V, SECTION 1, ARTICLE V, SECTION 41 (FRED HANSEN)